# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142615(24)

DOREEN JOSEPH,
　　　　　Plaintiff-Appellee,

v

A.C.I.A.,
　　　　　Defendant-Appellant.
_____

SC: 142615
COA: 302508
Macomb CC: 2009-005726-CK

　　　On order of the Chief Justice, the motion by plaintiff-appellee for extension to October 12, 2011 of the time for filing her brief on appeal is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

Clerk